United States Bankruptcy Court for the:

EASTERN DISTRICT OF WISCONSIN

Case number *(if known)* _____   Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Shrijee LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Econo Lodge** <br> **DBA  Days Inn by Wyndham Manitowoc** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **41-2175653** |
| 4. | **Debtor's address** | **Principal place of business** <br><br> **908 Washington Street** <br> **Manitowoc, WI 54220** <br> Number, Street, City, State & ZIP Code <br><br> **Manitowoc** <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

| Debtor | **Shrijee LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__72__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

| Debtor | **Shrijee LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____ When _____ Case number, if known _____

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:* |
|---|---|---|
| | | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No |
|---|---|---|
| | | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
     Contact name _____
     Phone _____

■ **Statistical and administrative information**

| 13. | **Debtor's estimation of available funds** | . | *Check one:* |
|---|---|---|---|
| | | | ☐ Funds will be available for distribution to unsecured creditors. |
| | | | ■ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | **Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
|---|---|---|---|---|
| 15. | **Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| 16. | **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 3

| Debtor | Shrijee LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 24, 2025**
MM / DD / YYYY

X **/s/ Ankur Patel**  |  **Ankur Patel**
Signature of authorized representative of debtor  |  Printed name

Title  **Member**

**18. Signature of attorney**

X **/s/ Noe J. Rincon**  |  Date **March 24, 2025**
Signature of attorney for debtor  |  MM / DD / YYYY

**Noe J. Rincon**
Printed name

**Krekeler Law, S.C.**
Firm name

**26 Schroeder Court, Suite 300**
**Madison, WI 53711**
Number, Street, City, State & ZIP Code

Contact phone  **(608) 258-8555**  Email address  **nrincon@ks-lawfirm.com**

**1124893 WI**
Bar number and State

**Shrijee LLC**, has not prepared a recent balance sheet, statement of operations, or cash flow statement. Last balance sheet or other financial documents were prepared in _____.

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answer contained in the above foregoing statement and that it is true and correct to the best of my knowledge, information and belief.

**Shrijee LLC**

Date: 3/24/2025

Ankur Patel, Owner

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]
*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Shrijee LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF WISCONSIN |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 24, 2025**    X **/s/ Ankur Patel**
                                      Signature of individual signing on behalf of debtor

                                   **Ankur Patel**
                                   Printed name

                                   **Member**
                                   Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Shrijee LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF WISCONSIN** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **US Small Business Administration** P.O. Box 3918 Portland, OR 97208-3918 | | **908 Washington Street Manitowac, WI 54220 Parcel Identification No. 251-000240010 (Lots 1, 2, 3, 4. 11 & 12)** **918 Washington Street Manitowoc, WI** | | $900,000.00 | $2,300,000.00 | $628,685.00 |
| **CIty of Manitowoc Treasurer** 900 Quay Street Manitowoc, WI 54220-4543 | | **Room Tax** | | | | $78,634.39 |
| **Manitowac County Treasurer** 1010 S 8th Street #119 Manitowoc, WI 54220 | | **Business Property Tax** | | | | $48,000.00 |
| **Wisconsin Dept of Revenue** P.O. Box 8901 Madison, WI 53708-8901 | | **24-TW-127** **Judgment Lien** | | $15,363.04 | $0.00 | $15,363.04 |
| **Adam's Specialty Products, LLC** 7260 Commercial Plaza Drive Neenah, WI 54956 | | **24-TJ-27** **Judgment Lien** | | $10,174.50 | $0.00 | $10,174.50 |

| Debtor | Shrijee LLC | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Adam's Specialty Products, LLC 7260 Commerce Plaza Drive Neenah, WI 54956** | | **24-SC-1119 Judgment Lien** | | $10,164.50 | $0.00 | $10,164.50 |
| **Wisconsin Department of Revenue Compliance Bureau PO Box 8901 Madison, WI 53708** | | **24-TW-16 Judgment Lien** | | $3,300.50 | $0.00 | $3,300.50 |
| **Wisconsin Department of Revenue Compliance Bureau PO Box 8901 Madison, WI 53708** | | **24TW83 Judgment Lien** | | $3,016.72 | $0.00 | $3,016.72 |
| **Wisconsin Department of Revenue Compliance Bureau PO Box 8901 Madison, WI 53708** | | **24-TW-73 Judgment Lien** | | $2,942.08 | $0.00 | $2,942.08 |
| **Wisconsin Dept of Revenue P.O. Box 8901 Madison, WI 53708-8901** | | **24-TW-135 Judgment Lien** | | $2,892.75 | $0.00 | $2,892.75 |
| **Wisconsin Dept of Revenue P.O. Box 8901 Madison, WI 53708-8901** | | **24-TW-113 Judgment Lien** | | $2,888.55 | $0.00 | $2,888.55 |
| **Wisconsin Department of Revenue Compliance Bureau PO Box 8901 Madison, WI 53708** | | **24-TW-46 Judgment Lien** | | $2,651.59 | $0.00 | $2,651.59 |
| **Wisconsin Department of Revenue Compliance Bureau PO Box 8901 Madison, WI 53708** | | **24-TW-2 Judgment Lien** | | $2,471.86 | $0.00 | $2,471.86 |
| **Wisconsin Department of Revenue Compliance Bureau PO Box 8901 Madison, WI 53708** | | **24-TW-9 Judgment Lien** | | $2,316.43 | $0.00 | $2,316.43 |

| Debtor | Shrijee LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wisconsin Department of Revenue Compliance Bureau PO Box 8901 Madison, WI 53708** | | **24-TW-14** **Judgment Lien** | | **$2,264.21** | **$0.00** | **$2,264.21** |
| **Wisconsin Department of Revenue Compliance Bureau PO Box 8901 Madison, WI 53708** | | **24-TW-15** **Judgment Lien** | | **$2,067.20** | **$0.00** | **$2,067.20** |
| **Wisconsin Department of Revenue Compliance Bureau PO Box 8901 Madison, WI 53708** | | **23-TW-261** **Judgment Lien** | | **$2,039.57** | **$0.00** | **$2,039.57** |
| **Wisconsin Department of Revenue Compliance Bureau PO Box 8901 Madison, WI 53708** | | **24-TW-13** **Judgment Lien** | | **$2,021.63** | **$0.00** | **$2,021.63** |
| **Wisconsin Department of Revenue Compliance Bureau PO Box 8901 Madison, WI 53708** | | **24-TW-92** **Judgment Lien** | | **$2,015.74** | **$0.00** | **$2,015.74** |
| **Wisconsin Department of Revenue Compliance Bureau PO Box 8901 Madison, WI 53708** | | **24-TW-3** **Judgment Lien** | | **$2,012.75** | **$0.00** | **$2,012.75** |

United States Trustee-Eastern District
Federal Courthouse
David W. Asbach, Assistant US Trustee
517 East Wisconsin Ave. Room 430
Milwaukee, WI 53202

City of Milwaukee
Customer Service Division
PO Box 514062
Milwaukee, WI 53203

Wisconsin Dept. of Workforce Development
Division of Unemployment Insurance
P.O. Box 8914
Madison, WI 53708

United States Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Wisconsin Department of Revenue
Compliance Bureau
PO Box 8901
Madison, WI 53708

Adam's Specialty Products, LLC
7260 Commercial Plaza Drive
Neenah, WI 54956

Adam's Specialty Products, LLC
7260 Commerce Plaza Drive
Neenah, WI 54956

Ankur Patel
2720 Palmer Drive
Sheboygan, WI 53083

CCC Real Estate Holdings Co. LLC
1981 Marcus Avenue
Suite 130
New Hyde Park, NY 11042

City of Manitowoc Finance Department
900 Quay Street
Manitowoc, WI 54220

CIty of Manitowoc Treasurer
900 Quay Street
Manitowoc, WI 54220-4543

Corporation Service Company,
as Representative
PO Box 2576
Springfield, IL 62708

CT Corporation System,
as Representative
330 North Brand Boulevard, Suite 700
Attn: SPRS
Glendale, CA 91203

Days Inns Worldwide, Inc.
Corporate Creations Network Inc.
301 S. Bedford Street
Suite 1
Madison, WI 53703

Funding Metrics, LLC
3220 Tillman Drive
Suite 200
Bensalem, PA 19020

Internal Revenue Service
Insolvency Unit
P.O. Box 7346
Philadelphia, PA 19101-7346

Kohner Mann & Kailas, S.C.
Attorney Samuel M. Draver
Washington Building
4650 N. Port Washington Road
Milwaukee, WI 53212-1059

Krupa Patel
2720 Palmer Drive
Sheboygan, WI 53083

Manitowac County Treasurer
1010 S 8th Street #119
Manitowoc, WI 54220

Newtek Small Business Finance, LLC
60 Hempstead Ave., 5th Floor
West Hempstead, NY 11552

U.S. Small Business Administration
2 North Street, Suite 320
Birmingham, AL 35203

US Small Business Administration
P.O. Box 3918
Portland, OR 97208-3918

Wisconsin Dept of Revenue
P.O. Box 8901
Madison, WI 53708-8901

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re **Shrijee LLC**
_____ Debtor(s)

Case No. _____
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Shrijee LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Ankur Patel**
**2720 Palmer Drive**
**Sheboygan, WI 53083**

**Krupa Patel**
**2720 Palmer Drive**
**Sheboygan, WI 53083**

☐ None [*Check if applicable*]

**March 24, 2025**
Date

**/s/ Noe J. Rincon**
**Noe J. Rincon**
Signature of Attorney or Litigant
Counsel for **Shrijee LLC**
**Krekeler Law, S.C.**
**26 Schroeder Court, Suite 300**
**Madison, WI 53711**
**(608) 258-8555 Fax:(608) 258-8299**
**nrincon@ks-lawfirm.com**