So Ordered.

Dated: March 31, 2025



Katherine Maloney Perhach
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re:<br>Shrijee LLC,<br>            Debtor. | Chapter 11<br>Case No. 25-21511-kmp |

**ORDER GRANTING MOTION TO EXPEDITE HEARING**

On Friday, March 28, 2025, after business hours, the Debtor filed:

1. An Emergency Motion for Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection, and (C) Scheduling a Final Hearing Under Rule 4001 (the "Cash Collateral Motion");

2. An Emergency Motion for Authority to (1) Maintain Existing Bank Accounts; (2) Continue Using Existing Cash Management Systems; (3) Continue Using Existing Business Forms; (4) Modify Deposit Requirements Pursuant to 11 U.S.C. § 345(b); and (5) Other Related Relief (the "Cash Management Motion"); and

3. An Emergency Motion for Authority to Honor Prepetition Reservations and Deposits, and to Pay Prepetition Credit Card Commissions (the "Reservation and Credit Card Motion").

The Debtor also filed an Emergency Motion for Expedited Hearing and to Shorten Notice on Emergency Motions and a "Declaration of Ankur Patel in Support of Emergency Motion for Expedited Hearing and Shorten Notice on Emergency Motions and Emergency Motions."

IT IS HEREBY ORDERED: the Motion to Expedite Hearing is granted.

IT IS FURTHER ORDERED: on or before **April 1, 2025 at 12:00 p.m. (Central)**, the Debtor must file a proposed form of order to accompany the Cash Collateral Motion as required by Rule 4001(b)(1)(A) of the Federal Rules of Bankruptcy Procedure, including a statement

specifically identifying all "adequate protection that will be provided to each entity with an interest in the cash collateral." The Debtor must also file a proposed form of order granting the Cash Management Motion and the Reservation and Credit Card Motion before the hearing.

IT IS FURTHER ORDERED:

1. **Hearing.** The Court will hold a preliminary hearing on the Cash Collateral Motion, the Cash Management Motion, and the Reservation and Credit Card Motion on **April 4, 2025 at 10:00 a.m. (Central)** at the United States Courthouse, 517 East Wisconsin Avenue, Room 167, Milwaukee, Wisconsin.

    a. <u>All parties wishing to present evidence or question witnesses, and all witnesses, must appear in person</u>.

    b. Parties may appear by telephone, but persons appearing by telephone may not examine witnesses or present evidence. To appear by telephone, you must call the Court conference line at 1-669-254-5252 and enter meeting ID 161 0867 0836 and passcode 565923 before the scheduled hearing time.

    c. The Court will schedule a hearing on the Cash Collateral Motion's request for a final order at the conclusion of the preliminary hearing.

2. **Objections.** Objections to entry of an order granting the relief requested in the Motions on an interim basis must be in writing and filed with the Court and served on counsel for the Debtor and the United States Trustee on or before **April 3, 2025 at 12:00 p.m. (Central)**. The Court will set a deadline for objections to any final award of the relief requested in the Motions at the preliminary hearing.

3. **Service of this Order and the Motions.**

    a. **Cash Collateral Motion.** <u>In addition to serving the Cash Collateral Motion in the manner prescribed by Rules 4001(b), 9014, and 7004 of the Federal Rules of Bankruptcy Procedure</u>, Debtor's counsel must immediately serve this Order, a copy of the Cash Collateral Motion, and the proposed form of order filed in accordance with Rule 4001(b)(1)(A) on (1) all creditors with an interest in the Debtor's cash collateral; (2) all creditors named on the List of 20 Largest Unsecured Creditors; and (3) the United States Trustee <u>using the most expeditious methods possible, including email, fax, or overnight mailing</u>. Counsel must file a certificate of service by **April 1, 2025 at 12:00 p.m. (Central)**, stating the name of each party served and the manner(s) of service.

    b. **Cash Management Motion.** Debtor's counsel must immediately serve this Order and a copy of the Cash Management Motion on (1) Days Inns Worldwide,

2

Case 25-21511-kmp    Doc 17    Entered 03/31/25 12:13:11    Page 2 of 3

Inc.; (2) all creditors named on the List of 20 Largest Unsecured Creditors; (3) the United States Trustee; and (4) any other party whose rights would potentially be adversely affected by the relief sought <u>using the most expeditious methods possible, including email, fax, or overnight mailing</u>. Counsel must file a certificate of service by **April 1, 2025 at 12:00 p.m. (Central)**, stating the name of each party served and the manner(s) of service.

c. **Reservation and Credit Card Motion.** Debtor's counsel must immediately serve this Order and a copy of the Reservation and Credit Card Motion on (1) Days Inns Worldwide; (2) Chase PaymentTech, FreedomPay, American Express, and Discover; (3) all creditors named on the List of 20 Largest Unsecured Creditors; (4) the United States Trustee; and (5) any other party whose rights would potentially be adversely affected by the relief sought <u>using the most expeditious methods possible, including email, fax, or overnight mailing</u>. Counsel must file a certificate of service by **April 1, 2025 at 12:00 p.m. (Central)**, stating the name of each party served and the manner(s) of service.

#####