UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Shrijee LLC,

Debtor.

Chapter 11
Case No. 25-21511-kmp

## CERTIFICATE OF SERVICE

Genesis McCarthy, under penalty of perjury, declares that she is a paralegal with Krekeler Law, S.C., and that on April 1, 2025, she electronically filed with the Clerk of Court, true copies of the documents described below via the Court's CM/ECF system and served upon the following parties listed below using the CM/ECF system:

1. PROPOSED ORDER ON EMERGENCY MOTION (A) AUTHORIZING INTERIM USE OF CASH COLLAERAL, (B) GRANTING ADEQUATE PROTECTION, AND (C) SCHEDULING A FINAL HEARING UNDER RULE 4001

2. PROPOSED ORDER ON EMERGENCY MOTION FOR AUTHORITY TO (1) MAINTAIN EXISTING BANK ACCOUNTS; (2) CONTINUE USING EXISTING CASH MANAGEMENT SYSTEMS; AND (3) CONTINUE USING EXISTING BUSINESS FORMS

3. PROPOSED ORDER ON EMERGENCY MOTION FOR AUTHORITY TO HONOR PREPETITION RESERVATIONS AND DEPOSITS, AND TO PAY PREPETITION CREDIT CARD COMMISSIONS

United States Trustee-Eastern District
Federal Courthouse
517 East Wisconsin Avenue
Room 430
Milwaukee, WI 53202
VIA CM/ECF

Dillon J. Ambrose
Chapter 11 Trustee
517 East Wisconsin Avenue
Suite 430
Milwaukee, WI 53202
VIA CM/ECF

The undersigned, being first duly sworn on oath, deposes and says that on April 1, 2025, the undersigned mailed, properly enclosed in a postpaid envelope, a copy of the documents listed below to all on the attached matrix and to Shrijee LLC, 908 Washington Street, Manitowoc, WI 54220.

1. SIGNED ORDER GRANTING MOTION TO EXPEDITE HEARING

2. EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS (A) AUTHORIZING USE OF CASH COLLAERAL, (B) GRANTING ADEQUATE PROTECTION, AND (C) SCHEDULING A FINAL HEARING UNDER RULE 4001

3. PROPOSED ORDER ON EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS (A) AUTHORIZING USE OF CASH COLLAERAL, (B) GRANTING ADEQUATE PROTECTION, AND (C) SCHEDULING A FINAL HEARING UNDER RULE 4001

4. DECLARATION OF ANKUR PATEL

5. EMERGENCY MOTION FOR AUTHORITY TO (1) MAINTAIN EXISTING BANK ACCOUNTS; (2) CONTINUE USING EXISTING CASH MANAGEMENT SYSTEMS; (3) CONTINUE USING EXISTING BUSINESS FORMS; (4) MODIFY DEPOSIT REQUIREMENTS PURSUANT TO 11 U.S.C. § 345(b); AND (5) OTHER RELATED RELIEF

6. PROPOSED ORDER ON EMERGENCY MOTION FOR AUTHORITY TO (1) MAINTAIN EXISTING BANK ACCOUNTS; (2) CONTINUE USING EXISTING CASH MANAGEMENT SYSTEMS; (3) CONTINUE USING EXISTING BUSINESS FORMS; (4) MODIFY DEPOSIT REQUIREMENTS PURSUANT TO 11 U.S.C. § 345(b); AND (5) OTHER RELATED RELIEF

7. EMERGENCY MOTION FOR AUTHORITY TO HONOR PREPETITION RESERVATIONS AND DEPOSITS, AND TO PAY PREPETITION CREDIT CARD COMMISSIONS

8. PROPOSED ORDER ON EMERGENCY MOTION FOR AUTHORITY TO HONOR PREPETITION RESERVATIONS AND DEPOSITS, AND TO PAY PREPETITION CREDIT CARD COMMISSIONS

By:     */s/Genesis McCarthy*
       Genesis McCarthy

United States Trustee-Eastern District
Federal Courthouse
David W. Asbach, Assistant US Trustee
517 East Wisconsin Ave. Room 430
Milwaukee, WI 53202
Via FedEx Overnight

City of Milwaukee
Customer Service Division
PO Box 514062
Milwaukee, WI 53203
Via USPS Priority

Wisconsin Dept. of Workforce Development
Division of Unemployment Insurance
P.O. Box 8914
Madison, WI 53708
Via USPS Priority

United States Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346
Via USPS Priority

Wisconsin Department of Revenue
Compliance Bureau
PO Box 8901
Madison, WI 53708
Via USPS Priority

Adam's Specialty Products, LLC
7260 Commercial Plaza Drive
Neenah, WI 54956
Phone: (800) 941-2243
Via FedEx Overnight

American Express
ATTN: Steve Squeri Chairman and CEO
200 Vesey Street
New York City, NY 10285
Steve.squeri@aexp.com
Via FedEx Overnight

Assa Abloy Global Solutions Inc
PO Box 676947
Dallas, TX 75267-6947
Primary Fax: (972) 907-2771
Via USPS Priority

CCC Real Estate Holdings Co. LLC
1981 Marcus Avenue
Suite 130
New Hyde Park, NY 11042
Via FedEx Overnight

City of Manitowoc Finance Department
900 Quay Street
Manitowoc, WI 54220
Fax:(920) 686-6969
Via FedEx Overnight

CIty of Manitowoc Treasurer
900 Quay Street
Manitowoc, WI 54220-4543
Fax:(920) 686-6959
Via FedEx Overnight

Comcast Business
PO Box 60533
City of Industry, CA 91716-0533
enterprise_billing@cable.comcast.com
Customer support & care: (800) 741-4141
Via USPS Priority

Corporation Service Company,
as Representative
PO Box 2576
Springfield, IL 62708
Via USPS Priority

CT Corporation System,
as Representative
330 North Brand Boulevard, Suite 700
Attn: SPRS
Glendale, CA 91203
Via FedEx Overnight

Days Inns Worldwide, Inc.
Corporate Creations Network Inc.
301 S. Bedford Street
Suite 1
Madison, WI 53703
Daniel.eliades@klgates.com
David.catuogno@klgates.com
Sabrina.Espinal@klgates.com
Via FedEx Overnight

Discover Products Inc
c/o CT Corporation System
301 S Bedford Street, Ste 1
Madison, WI 53703
Via FedEx Overnight

Ecolab Inc.
PO Box 70343
Chicago, IL 60673
Fax: +1-651-225-3098
Via USPS Priority

FreedomPay
Tom Durovsik, CEO
FMC Tower at Cira Centre
2929 Walnut Street, 14th Floor
Philadelphia, PA 19104
Tom@freedomPay.com
Via FedEx Overnight

Funding Metrics, LLC
3220 Tillman Drive
Suite 200
Bensalem, PA 19020
Email : info@fundingmetrics.com
Phone : +1-855-212-6610
Via FedEx Overnight

Internal Revenue Service
Insolvency Unit
P.O. Box 7346
Philadelphia, PA 19101-7346
Via USPS Priority

J Michael Shepherd, CEO
Discover Financial Services
2500 Lake Cook Road
Riverwoods, IL 60015
michaelshepherd@discover.com
Via FedEx Overnight

JP Morgan Chase Bank, N.A.
Mail Code LA4-7100
700 Kansas Lane
Monroe, LA 71203
Fax: 1-866-699-0618
Via FedEx Overnight

JP Morgan Chase & Co.
Jamie Dimon, CEO
383 Madison Ave
New York City, NY 10179
jamie.dimon@jpmchase.com
Via FedEx Overnight

Kohner Mann & Kailas, S.C.
Attorney Samuel M. Draver
Washington Building
4650 N. Port Washington Road
Milwaukee, WI 53212-1059
sdraver@kmksc.com
Via FedEx Overnight

Krupa Patel
2720 Palmer Drive
Sheboygan, WI 53083
Via FedEx Overnight

Manitowoc County Treasurer
1010 S 8th Street #119
Manitowoc, WI 54220
Fax:(920) 686-6959
Via FedEx Overnight

Manitowoc Public Utilities
1303 S 8th Street
Manitowoc, WI 54220
PHONE: 920.683.4600
Via FedEx Overnight

Newtek Small Business Finance, LLC
60 Hempstead Ave., 5th Floor
West Hempstead, NY 11552
swisotzkey@kmksc.com
Via FedEx Overnight

PIC Group, LLC
1545 River Park Drive
Sacramento, CA 95815
info@pic-group.net
Via FedEx Overnight

U.S. Small Business Administration
2 North Street, Suite 320
Birmingham, AL 35203
answerdesk@sba.gov
Via FedEx Overnight

US Small Business Administration
P.O. Box 3918
Portland, OR 97208-3918
answerdesk@sba.gov
Via USPS Priority

WEC Energy Group
Scott J Lauber, CEO
231 West Michigan Street
Milwaukee, WI 53203
scott.lauber@gmail.com
Via FedEx Overnight

Wisconsin Dept of Revenue
P.O. Box 8901
Madison, WI 53708-8901
FAX: (608) 267-1030 – customer service
FAX: (608) 267-0834. Compliance Bureau-tax collections
Wisconsin Public Service
PO Box 19003
Green Bay, WI 54307-9003
Support@public.com
Via USPS Priority