UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re<br>Shrijee LLC,<br>      Debtor. | Chapter 11<br>Case No. 25-21511-kmp |

## APPEARANCES AND SUMMARY OF HEARING

| | |
|---|---|
| Date: | April 4, 2025 |
| Time: | 10:20:16 - 11:33:51 a.m. |
| Nature of Hearing: | (1) Motion for Interim Order (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection; and (C) Scheduling a Final Hearing Under Rule 4001<br>(2) Motion for Authority to (1) Maintain Existing Bank Accounts; (2) Continue Using Existing Cash Management Systems; (3) Continue Using Existing Business Forms; (4) Modify Deposit Requirements Pursuant to 11 U.S.C. § 345(b); and (5) Other Related Relief<br>(3) Motion for Authority to Honor Prepetition Reservations and Deposits, and to Pay Prepetition Credit Card Commissions |
| Appearances: | Daniel McGarry for the Debtor, with Mr. Ankur Patel<br>Samuel Wisotzkey for Newtek Small Business Finance, LLC<br>David Asbach for the United States Trustee |
| Telephone attendees: | Noe Rincon for the Debtor<br>David Catuogno for Days Inns Worldwide, Inc. |

An audio recording of the hearing is available on the docket.

### I. Motion for Interim Order (A) Authorizing Use of Cash Collateral, (B) Granting Adequate Protection; and (C) Scheduling a Final Hearing Under Rule 4001 (the "Cash Collateral Motion")

Newtek Small Business Finance, LLC objected to the interim relief requested in the Cash Collateral Motion. Although the U.S. Small Business Administration ("SBA") had not been served with the Cash Collateral Motion under Rule 7004 prior to the hearing, Mr. McGarry reported that the SBA anticipated being able to review the Cash Collateral Motion by April 11, 2025.

To allow time for negotiation, the Court adjourned the hearing seeking interim relief on the Cash Collateral Motion to **April 11, 2025 at 1:00 p.m.** in the United States Courthouse at 517 East Wisconsin Avenue, Room 167, Milwaukee, Wisconsin. Parties may appear by telephone, but persons appearing by telephone may not examine witnesses or present evidence. To appear by telephone, you must call the Court conference line at 1-669-254-5252 and enter meeting ID 161 0867 0836 and passcode 565923 before the scheduled hearing time.

If the parties file a stipulation and/or agreed order, the Court may cancel the adjourned hearing.

**II.     Scheduling Final Hearing Authorizing Use of Cash Collateral and Granting Adequate Protection**

The Court scheduled the final hearing on the Cash Collateral Motion for **April 30, 2025, beginning at 10:00 a.m**. in the United States Courthouse at 517 East Wisconsin Avenue, Room 167, Milwaukee, Wisconsin and will enter a scheduling order.

**III.    Motion for Authority to Honor Prepetition Reservations and Deposits, and to Pay Prepetition Credit Card Commissions**

There were no objections to the Motion at the hearing, and the Court will enter an order granting the Motion.

**IV.    Motion for Authority to (1) Maintain Existing Bank Accounts; (2) Continue Using Existing Cash Management Systems; (3) Continue Using Existing Business Forms; (4) Modify Deposit Requirements Pursuant to 11 U.S.C. § 345(b); and (5) Other Related Relief**

The United States Trustee objected to the Motion. Mr. McGarry and Mr. Asbach stated that they intended to file an agreed order granting the Motion.

The Court adjourned the hearing on the Motion to **April 11, 2025 at 1:00 p.m.** in the United States Courthouse at 517 East Wisconsin Avenue, Room 167, Milwaukee, Wisconsin. Parties may appear by telephone, but persons appearing by telephone may not examine witnesses or present evidence. To appear by telephone, you must call the Court conference line at 1-669-254-5252 and enter meeting ID 161 0867 0836 and passcode 565923 before the scheduled hearing time.

If the Debtor and the United States Trustee file an agreed order, the Court may cancel the hearing.