UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Shrijee LLC,   Chapter 11
              Case No. 25-21511-kmp

   Debtor.

**ORDER GRANTING DEBTOR'S EMERGENCY MOTION FOR AUTHORITY TO (1) MAINTAIN EXISTING BANK ACCOUNTS; (2) CONTINUE USING EXISTING CASH MANAGEMENT SYSTEMS; AND (3) CONTINUE USING EXISTING BUSINESS FORMS**

The Debtor filed an Emergency Motion for Authority to (1) Maintain Existing Bank Accounts; (2) Continue Using Existing Cash Management Systems; (3) Continue Using Existing Business Forms; (4) Modify Deposit Requirements Pursuant to 11 U.S.C. § 345(b); and (5) Other Related Relief (the "Motion"). The Court finds that due and sufficient notice of the Motion has been given under the circumstances. Upon consideration of the objections raised by the United States Trustee and for the reasons stated on the record at the hearing, the Court finds sufficient cause exists for the relief requested in the Motion as modified below. Accordingly,

1

IT IS ORDERED that the Emergency Motion of the Debtor for Authority to (1) Maintain Existing Bank Accounts; (2) Continue Using Existing Cash Management Systems; and (3) Continue Using Existing Business Forms; is hereby granted with the following exceptions:

1. The Debtor may maintain its existing bank accounts at BMO Harris Bank, Business Checking accounts with account number ending in 8402 and 8927. However, upon BMO's approval as an Authorized Depository by the United States Trustee, the Debtor will promptly request BMO convert all accounts to "Debtor-In-Possession" accounts. In addition, the Debtor will take all steps necessary with BMO to prevent the payment of pre-petition debts with post-petition funds, except as otherwise authorized by the Court.

2. The Debtor may continue to use its existing cash management system, however, the authority to receive and disburse estate funds rests solely with the Debtor. No other party, including the Franchisor or "Admin Manager" (as referenced in the Motion), is permitted to receive, disburse or act as an intermediary of estate funds.

3. The Debtor may continue to use its existing business forms.

# # # # #

2

Case 25-21511-kmp    Doc 40    Filed 04/07/25    Page 2 of 2