

U.S. Department of Justice
Office of the United States Trustee

*Eastern District of Wisconsin*

---

*517 E. Wisconsin Avenue, Suite 430*  *(414) 297-4499*
*Milwaukee, Wisconsin 53202*  *FAX (414) 297-4478*

April 30, 2025

*Via CM/ECF*

Judge Katherine M. Perhach
517 East Wisconsin Ave. Room 162
Milwaukee, WI 53202

        Re:    **Shrijee LLC**
                 **Bankruptcy Case No. 25-21511-kmp**

Dear Judge Perhach:

      The Court has scheduled a telephonic hearing on the Motion for Final Order Authorizing Use of Cash Collateral and Granting Adequate Protection in the above case. ECF No. 63. Unfortunately, the United States Trustee has a scheduling conflict and will be unable to attend the hearing. A section 341 Meeting of Creditors had already been scheduled in another Chapter 11 bankruptcy case, and no other counsel is available to attend the hearing today.

                                                            Sincerely,

                                                     *Dillon J. Ambrose*

                                                     DILLON J. AMBROSE
                                                   Attorney for the United States Trustee