UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

SHRIJEE, LLC,

Debtor.

Case No. 25-21511-kmp

Chapter 11

## INTERIM ORDER APPROVING STIPULATION FOR INTERIM USE OF CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION

On March 28, 2025, the Shrijee, LLC (the "**Debtor**") moved this Court for an order under 11 U.S.C. § 363(c)(2)(B), allowing the Debtor to use the cash collateral securing the Debtor's obligations to Newtek Small Business Fiannce, LLC ("**Newtek**") and the United States Small Business Adminstration ("**SBA**"). On April 4, 2025, the Court held a hearing on this and other motions filed by the Debtor on an expedited basis ("**April 4th Hearing**"). Following the April 4th Hearing, and upon consideration of the Stipulation and Agreement for Interim Use of Cash Collateral and Granting Adequate Protection (the "**Stipulation**") entered into by and between the Debtor and Newtek, the arguments of counsel before the Court from the April 4th Hearing:

1

IT IS THEREFORE ORDERED: that the Stipulation is approved, granting relief pursuant to the terms agreed to by the Debtor and Newtek, effective as of the date of the Stipulation.

IT IS FURTHER ORDERED: that the SBA, as a party in interest with a security interest in cash collateral held by the Debtor and therefore being entitled to adequate protection, shall receive replacement liens in the Debtor's post-petition cash collateral with the same priority and to the same extent that the SBA had in the Debtor's pre-petition cash collateral in exchange for the authority to use cash collateral by the Debtor on an interim basis pending a final order.

IT IS FURTHER ORDERED: if the SBA objects to the adequate protection afforded to it as set forth in this Interim Order or demands such other relief as it may be entitled to under the Bankruptcy Code, the SBA shall move to vacate this Interim Order and shall request, by letter to the Court, to be heard at the adjourned preliminary hearing set for April 11, 2025, at 1:00 p.m. ("**Adjourned Hearing**"). The SBA's motion to vacate and letter request must be submitted to the Court no later than by or on April 10, 2025, at 1:00 p.m. If the SBA does not move to vacate this Order and request that the Adjourned Hearing remain on the Court's calendar, the Court shall cancel the Adjourned Hearing and the SBA will be deemed to have waived its right to object to the interim relief granted herein.

#####

Projection 4/30 to 5/14

| Income | | Expense | | |
|---|---|---|---|---|
| Category | Amount | Category | Amount | Notes |
| Room Rent Sale on SynXis | 0.00 | Utilities | 6,657.92 | |
| Projection Revenue | 25,371.66 | Cable, Internet, Phone | 1,500.00 | |
| | | Credit Card | 0.00 | |
| | | Breakfast | 450.00 | |
| | | Maintenance & Repair | 1,200.00 | |
| | | Commission | 0.00 | Booking.com |
| | | IRS Tax | | |
| | | Office expense | 350.00 | |
| | | Garbage Expenses | 0.00 | |
| | | Payroll Taxes | 0.00 | |
| | | License & Fees | 0.00 | |
| | | Laundry & Room Supply | 2,500.00 | |
| | | Advertisement | 0.00 | |
| | | Bank Charges | | |
| | | Pest Control | 207.75 | |
| | | Training Expenses | 0.00 | |
| | | Property Tax | 2,100.00 | |
| | | Newtek - Adq. Pro. | 7,000.00 | |
| | | SBA - Adq. Pro. | 3,000.00 | |
| Total: | 25,371.66 | Total: | 24,965.67 | |

Profit/Loss 405.99

# EXHIBIT A